UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LIGHTHOUSE RANCH FOR BOYS, INC.  \*    CIVIL ACTION NO. 2:22-cv-01988
                                      \*
                 Plaintiff         \*
                                        \*    JUDGE LANCE M. AFRICK
VERSUS                              \*
                                        \*
SAFEPOINT INSURANCE COMPANY     \*    MAGISTRATE MICHAEL NORTH
                                        \*
                Defendant      \*
                                        \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER TO COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes SafePoint Insurance Company (hereinafter "SafePoint"), who submits its answer to the Complaint of Lighthouse Ranch For Boys, Inc. (hereinafter "Plaintiff"), and respectfully responds as follows:

## FIRST DEFENSE

Plaintiff's claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to state a claim, cause or right of action upon which relief may be granted against SafePoint.

## SECOND DEFENSE

To the extent that Plaintiff has already received payment from SafePoint for its loss, SafePoint avers that those payments were appropriate, that Plaintiff has already been paid everything that is owed under the insurance policy, and in the event of a further judgment in favor of Plaintiff, SafePoint claims a credit or a set-off for all amounts paid.

## THIRD DEFENSE

To the extent that SafePoint herein is legally entitled to any credit or set-offs for any amounts previously paid or made in the future to the Plaintiff herein, SafePoint hereby claims

those credits or set-offs against said credits or set-offs against any eventual award made to the Plaintiff, and to the extent that SafePoint has made any payments to which Plaintiff is not entitled, SafePoint reserves its rights to recover those amounts by cross claim or Complaint.

## **FOURTH DEFENSE**

At all times, SafePoint adjusted Plaintiff's claims in good faith and with fair dealing, in accordance with the terms and conditions of the applicable SafePoint policy and in compliance with applicable statutory and jurisprudential law.

## **FIFTH DEFENSE**

SafePoint avers that the damages claimed herein were caused by a non-covered event and/or peril that is excluded under the applicable policy of insurance, including but not limited to, the following exclusions:

**B.     EXCLUSIONS**

1.     We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.     Ordinance Or Law**

The enforcement of any ordinance or law:

**(1)**     Regulating the construction, use or repair of any property; or

**(2)**     Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)**     An ordinance or law that is enforced even if the property has not been damaged; or

**(b)**     The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its

2

debris, following a physical loss to that property.

**b.**     **Earth Movement and Settlement**

**(1)**     Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)**     Landslide, including any earth sinking, rising or shifting related to such event;

**(3)**     Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)**     Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)**     Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.
Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)**     Airborne volcanic blast or airborne shock waves;

**(b)**     Ash, dust or particulate matter; or

**(c)**     Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

CP 10 30 06 07 (Page 1 of 1)

.   .   .

**g.**   **Water**

**1.**   Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**2.**   Mudslide or mudflow;

**3.**   Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**4.**   Water under the ground surface pressing on, or flowing or seeping through:

**a.**   Foundations, walls, floors or paved surfaces;
**b.**   Basements, whether paved or not; or
**c.**   Doors, windows or other openings; or

**5.**   Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1., 3.** Or **4.,** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** Through **5.**, is caused by an act of nature or is otherwise caused.  An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** Through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

SIC LA CP 10 32 03 17 (Page 1 of 1)

**e.**   **Utility Services**
The failure of power, communication, water or other utility service supplied to the

4

described premises, however caused, if this failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

CP 10 30 06 07 (Page 2 of 10)

.   .   .

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.**  But if an excluded cause of loss that is listed n **3.a.** through **3.c.** results in Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;
**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
**(3)** Materials used in repair, construction, renovation or remodeling; or
**(4)** Maintenance;
of part or all of any property on or off the described premises.

CP 10 30 06 07 (Page 4 of 10)

## SIXTH DEFENSE

Plaintiff's claims against SafePoint are barred or reduced to the extent that Plaintiff failed

to exercise ordinary care and caution to protect the damage to its property:

**B.** **Exclusions**

    **2.** We will not pay for loss or damage caused by or resulting from any of the following:

.   .   .

    **m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

CP 10 30 06 07 (Pages 2 and 4 of 10)

## SEVENTH DEFENSE

Plaintiff's claims are limited by the Special Exclusions and Limitations in the Policy.

    **4.** **Special Exclusions**

    The following provisions apply only to the specified Coverage Forms.

    **a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

    We will not pay for:
    **(1)** Any loss caused by or resulting from:

6

**(a)**   Damage or destruction of  "finished stock"; or

**(b)**   The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)**   Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-ion writing, masts or towers.

**(3)**   Any increase of loss caused by or resulting from:

**(a)**   Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)**   Suspension, lapse or cancellation of any license, lease or contract.   But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)**   Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)**   Any other consequential loss.

.   .   .

**C.**   **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.**   We will not pay for loss of or damage to property, as described and limited in this section.  In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited n this section.

**a.**   Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment.  But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.**   Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.**   The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)**   The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)**   The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.**   Building materials and supplies not attached as part of the building or structure , caused by or resulting from theft.

However, this limitation does not apply to:

**(1)**   Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)**   Business Income Coverage or Extra Expense Coverage.

**e.**   property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.**   Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2.      We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    **a.**      Animals, and then only if they are killed or their destruction is made necessary.

    **b.**      Fragile articles such as statuary, marbles, chinaware and porcelains, if broken.  This restriction does not apply to:

        **(1)**      Glass; or
        **(2)**      Containers of property held for sale.

    **c.**      Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

    However, this limitation does not apply:

        **(1)**      If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or
        **(2)**      To Business Income Coverage or to Extra Expense Coverage.

3.      The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies any one occurrence of theft, regardless of the types or number of articles that are los or damaged in that occurrence.  The special limits are:

    **a.**      $2,500 for furs, fur garments and garments trimmed with fur.

    **b.**      $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals.  This limit does not apply to jewelry and watches worth $100 or less per item.

    **c.**      $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4.    We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes.  But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

    **a.**    Results in discharge of any substance from an automatic fire protection system; or

    **b.**    Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

CP 10 30 06 07 (Pages 5-7 of 10)

## EIGHTH DEFENSE

In the further alternative, Plaintiff's claims are barred to the extent covered by other insurance:

**C.**    **INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

.   .   .

**G.**    **OTHER INSURANCE**

1.    You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part.  If you do, we will pay our share of the covered loss or damage.  Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2.    If there is other insurance covering the same loss or damage, other than that described in 1. Above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not.  But we will not pay more than the applicable Limit of Insurance.

CP 00 90 07 88 (Page 1 of 2)

**NINTH DEFENSE**

In the alternative, SafePoint alleges and avers that Plaintiff was underinsured and the co-insurance penalty applies.

**TENTH DEFENSE**

To the extent that Plaintiff's Complaint alleges that it is entitled to recovery under the insurance policy in accordance with LSA-R.S. 22:1318, Louisiana's Valued Policy Law, SFIC denies that the Valued Policy Law applies to this claim.  SafePoint further avers that Plaintiff has not suffered a total loss.  SafePoint further avers that an award to Plaintiff under Louisiana's Valued Policy Law would impair the obligations of contracts, would result in a taking without just compensation, would interfere with interstate commerce, would constitute a deprivation of property without due process, and would deprive SafePoint of equal protection of the laws, all in contravention of the Constitutions of the United States of America and the State of Louisiana.

**ELEVENTH DEFENSE**

Plaintiff's claims are limited by the Limits of Insurance provision in the Policy.

**C.      Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.**      Fire Department Service Charge;
**2.**      Pollutant Clean-up And Removal;
**3.**      Increased Cost Of Construction; and
**4.**      Electronic Data

Payments under the Preservation Of Property Additional Coverage and Reasonable Emergency Measures Additional Coverage will not increase the applicable Limit of Insurance.

SIC LA CP AE1 02 20 (Page 1 of 2)

## **TWELFTH DEFENSE**

Plaintiff's claims are barred in whole or in part to the extent that it failed to satisfy all of

its obligations pursuant to the following policy provisions:

**3.**    **Duties In the Event Of Loss Or Damage** is replaced by the following:

**a.**    In the event of loss or damage to Covered Property, have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an insured seeking coverage, or a representative of either:

**(1)**    Notify the police if a law may have been broken;

**(2)**    Give us prompt notice of the loss or damage. Include a description of the property involved;

Except for Reasonable Emergency Measures taken under Additional Coverage **4.g.**, there is no coverage for repairs that being before the earlier of:

**a.**    72 hours after we are notified of the loss;
**b.**    The time of loss inspection by us; or
**c.**    The time of other approval by us;

**(3)**    **a.**    To the degree reasonably possible, retain the damaged property; and
        **b.**    Allow us to inspect, subject to **(3).a.** above, all damaged property prior to its removal from the premises described in the Declarations.

**(4)**    As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(5)**    Protect the Covered Property from further damage. The following must be performed:

**a.**    Take reasonable emergency measures that are necessary to protect the Covered

12

property from further damage, as provided under Additional Coverage **4.g.**

A reasonable emergency measure under **(5)a.** above may include a permanent repair when necessary to protect the Covered Property from further damage or to prevent unwanted entry to the property. To the degree reasonably possible, the damaged property must be retained for us to inspect.

**(6)**   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(7)**   As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(8)**   Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(9)**   Cooperate with us in the investigation or settlement of the claim.

**(10)**   You or any insured under this policy must:

**a.**   Submit to examinations under oath and recorded statements, while not in the presence of any other insured; and
**b.**   Sign the same.

**(11)**   If you are an association, corporation or other entity; any members, officers, directors, partners or similar representatives of the association, corporation or other entity must:
**a.**   Submit to examinations under oath and recorded statements, while not in the presence of any other insured; and
**b.**   Sign the same.

**(12)** Your agents, your representatives, including any public adjusters engaged on your behalf, and anyone insured under this policy other than an insured in **(10)** or **(11)** above, must:

    **a.** Submit to examinations under oath and recorded statements, while not in the presence of any other insured; and

    **b.** Sign the same.

The duties above apply regardless of whether you, an insured seeking coverage, or a representative of either retains or is assisted by a party who provides legal advice, insurance advice or expert claim advise, regarding an insurance claim under this policy.

If the loss or damage arises due to a catastrophic event for which a state of disaster or emergency is declared pursuant to law by civil officials, and the covered property is located in an area within the declaration, you must submit the proof of loss to us within 180 days; but this 180-day period does not commence as long as the declaration of disaster or emergency is in existence and civil authorities are denying you access to your property.

SIC LA CP AE1 02 20 (Pages 1-2 of 2) as amended by CP 01 16 10 12 (Page 1 of 5)

**D.     LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

CP 00 90 07 88 (Page 1 of 2)

## <u>THIRTEENTH DEFENSE</u>

In the event that it is discovered that Plaintiff made any material misrepresentations in connection with its claim for recovery for damages under the policy or in the policy application, SafePoint pleads such representations are in violation of the terms and conditions of said policy, thereby voiding coverage and any obligations therein, pursuant to the terms and conditions of said policy, which are plead as if copied herein *in extenso*.

### Concealment, Misrepresentation Or Fraud

1.  With respect to loss or damage caused by fire, we do not provide coverage to the insured who, whether before or after the loss, has intentionally concealed or misrepresented any material fact or circumstance, with the intent to deceive, concerning:

    a.  This policy;

    b.  The Covered Property;

    c.  Your interest in the Covered Property; or

    d.  A claim under this policy.

2.  With respect to loss or damage caused by a peril other than fire and with respect to all insureds covered under this policy, we provide no coverage for loss or damage if, whether before or after a loss, one or more insureds have intentionally concealed or misrepresented any material fact or circumstance, with the intent to deceive, concerning:

    a.  This policy;

    b.  The Covered Property;

    c.  Your interest in the Covered Property; or

    d.  A claim under this policy.

CP 01 16 10 12 (Page 3 of 5)

## FOURTEENTH DEFENSE

The SafePoint Policy imposes affirmative duties upon Plaintiff that include that Plaintiff submit to the appraisal process in the event that the parties disagree on the amount of the loss:

> **G.    Appraisal**
> If you and we fail to agree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  Each appraiser will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. Any outcome of the appraisal will not be binding on either party.  Each party will:
>
> **1.**    Pay its chosen appraiser; and
>
> **2.**    Bear the other expenses of the appraisal and umpire equally.
>
> CP 01 16 10 12 (Page 2 of 5)

## FIFTEENTH DEFENSE

La. R.S. 22:1311 contains the Standard Fire Policy, which is attached to every policy of fire insurance in Louisiana. The Standard Fire Policy provides as follows regarding appraisal:

> **Appraisal** - In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand.  The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then on request of the insured or this Company such umpire shall be selected by a judge of a court of record in the state in which the property covered is located.  The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item, and failing to agree, shall submit their differences, only, to the umpire.  An award in writing, so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss.  Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.
>
> La. R.S. § 22:1311(F)(2)

## SIXTEENTH DEFENSE

In addition, LSA-R.S. 22:1892(G) states:

On or after January 1, 2022, residential property insurance policies shall contain the following provision (with permission to substitute the words "this Company" with a more accurate descriptive term for the insurer):

"Appraisal. If you and this Company fail to agree as to the amount of loss, either party may demand that the amount of the loss be set by appraisal. If either party makes a written demand for appraisal, each party shall select a competent appraiser and notify the other party of their appraiser's identity within twenty days of receipt of the written demand for appraisal. The appraisers shall select a competent and impartial umpire; but, if after fifteen days the appraisers have not agreed upon who will serve as umpire, the umpire shall be appointed by a judge of the court of record in which the property is located. The appraisers shall then appraise the loss. If the appraisers submit written notice of an agreement as to the amount of the loss to this Company, the amount agreed upon shall set the amount of the loss. If the appraisers fail to agree within thirty days, the appraisers shall submit their differences along with any supporting documentation to the umpire, who shall appraise the loss. The appraisers may extend the time to sixty days for which they must agree upon the amount of loss or submit their differences and supporting documents to the umpire, if the extension is agreed to by the appraisers from both parties. A written agreement signed by the umpire and either party's appraiser shall set the amount of the loss, pursuant to the appraisal process, but shall not preclude either party from exercising its rights under the policy or the law. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the expenses of the umpire shall be divided and paid in equal shares by you and this Company. If there is an appraisal award, all applicable policy terms, limits, deductibles, and conditions will still apply. If you file a lawsuit relative to this policy against this Company prior to a demand for appraisal, the lawsuit will be held in abatement until the execution of an appraisal award."

LSA-R.S. 22:1892(G)

## SEVENTEENTH DEFENSE

SafePoint avers that it has not been provided with satisfactory proof of loss as is required by the jurisprudential law, statutory authority and the terms, conditions, provisions and exclusions of the subject policy.

## EIGHTEENTH DEFENSE

SafePoint adjusted the Plaintiff's claims in good faith, in accord with the terms and conditions of the applicable policy and in compliance with any applicable statutory or jurisprudential law.

## NINETEENTH DEFENSE

To the extent that Plaintiff has received money from any state and/or federal agency or program, and that Plaintiff has assigned and/or subrogated their rights to said state or federal agency or program, SafePoint avers that Plaintiff is not the proper party to prosecute this action and said federal or state agency or program is the proper party to bring this action.

## TWENTIETH DEFENSE

Plaintiff has no right or cause of action to the extent of the interests of the mortgagee holding the mortgage on the property.

## TWENTY-FIRST DEFENSE

The liability of SafePoint in this matter, if any, is dependent solely upon a policy of insurance, which, as a written document, is the best evidence of its terms, conditions, provisions and exclusions and SafePoint pleads such terms, conditions, provisions and exclusions as if copied herein *in extenso*:

A.    **Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of direct Physical Loss unless the loss is:

1.    Excluded in Section **B.,** Exclusions; or

2.    Limited in Section **C.,** Limitations;
that follow.

B.    **Exclusions**

.    .    .

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

    **a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

        **(1)** Electrical or electronic wire, device, appliance, system or network; or

        **(2)** Device, appliance, system or network utilizing cellular or satellite technology.

        For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

            **(a)** Electrical current, including arcing;

            **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

            **(c)** Pulse of electromagnetic energy; or

            **(d)** Electromagnetic waves or microwaves.

        But if fire results, we will pay for the loss or damage caused by that fire.

    **b.** Delay, loss of use or loss of market.

    **c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

    **d.** **(1)** Wear and tear:

        **(2)** Rust or other corrosion, decay, deterioration, hidden r latent defect or any quality in property that causes it to damage or destroy itself;

        **(3)** Smog;

        **(4)** Settling, cracking, shrinking or expansion;

        **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

        **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

        **(7)** The following causes of loss to personal property:

            **(a)** Dampness or dryness of atmosphere;

            **(b)** Changes in or extremes of temperature; or

            **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion  explosion, we will pay for the loss or damage caused by that fire or combustion explosion.  We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs o0ver a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or
**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose.

**(1)** Acting alone or in collusion with others; or
**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.**   Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.**   Rain, snow, ice or sleet to personal property in the open.

**k.**   Collapse, including any of the following conditions of property or any part of the property:

**(1)**   An abrupt falling down or caving in;
**(2)**   Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or
**(3)**   Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion **k.,** does not apply:

**(a)**   To the extent that coverage is provided under the Additional Coverage – Collapse; or
**(b)**   To collapse caused by one or more of the following:
**(i)**   The "specified causes of loss";
**(ii)**   Breakage of building glass;
**(iii)**   Weight of rain that collects on a roof; or
**(iv)**   Weight of people or personal property.

**l.**   Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss".  But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

  **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** Above to produce the loss or damage.

  **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

  **c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, sitting;
    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    **(3)** Materials used in repair, construction, renovation or remodeling; or
    **(4)** Maintenance;

    of part or all of any property on or off the described premises.

CP 10 30 06 07 (Pages 1-4 of 10)

## **TWENTY-SECOND DEFENSE**

Plaintiff's claims are limited by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, policy form CP 00 10 06 07.

**A.** **Coverage**

  We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

  **1.** **Covered Property**

22

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited n **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** **Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:
    **(a)** Machinery and
    **(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:
    **(a)** Fire-extinguishing equipment;
    **(b)** Outdoor furniture;
    **(c)** Floor coverings; and
    **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:
    **(a)** Additions under construction, alterations and repairs to the building or structure;
    **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b.** **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c.** **Personal Property Of Others** that is:

    **(1)** In your care, custody or control; and

    **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment, for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

**(2)**     The surface of the ground, if there is no basement;

**h.**     Land (including land on which the property is located), water, growing crops or lawns;

**i.**     Personal property while airborne or waterborne;

**j.**     Bulkheads, pilings, piers, wharves or docks;

**k.**     Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.**     Retaining walls that are not part of a building;

**m.**     Underground pipes, flues or drains:

**n.**     Electronic data, except as provided under the Additional Coverage, Electronic Data.  Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.  The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.  This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.**     The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data.  Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems.  Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

**p.**     Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

CP 00 10 06 07 (Pages 1-3 of 15)

## **TWENTY-THIRD DEFENSE**

Plaintiff's claims are subject to the provisions of the Property Coverage Extension Endorsement, form SIC SPC LA 01 19.

**A.** Under BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10:

**1.** In Section A. Coverage, the references to 100 feet are amended to read 1,000 feet in the paragraphs below:

**1.a.(5)(b)** Building;

**1.b.** Your Business Personal Property;

**1.c.** Personal Property Of Others

**2.** The following items are amended under Section **A**, Coverage 4. Additional Coverages:

**a.** Debris Removal

Paragraph (4) is replaced with the following:

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage; or

    **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct loss or damage to the Covered Property that has sustained loss or damage.

    Therefore, if **(4)(a)** and/or **(4)(b)** apply, the most we will pay under this section for the direct physical loss or damage removal expense is the Limit of Insurance on the Covered Property, plus $25,000.

**c.** Fire Department Service Charge
The provision that states "we will pay up to $1,000 for your liability for fire department service charges: is amended to say "we will pay up to $5,000 for your liability for fire department services charges."

**3.** Section **A.** Coverage 4. Additional Coverages **e.** Increased Cost of Construction is deleted in its entirety and replaced with the following:

**e.** Limited Ordinance or Law Coverage

**(1)** The coverage provided by this Additional Coverage applies only if both **(1)(a)** and **(1)(b)** below are satisfied and are then subject to the qualifications set forth in **(1)(c)**.

    **(a)** The ordinance or law:

        **(i)** Is in force at the time of loss;

        **(ii)** Regulates demolition, construction or repair of a covered building, or establishes zoning or land use requirements at the described location.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**(b)**   **(i)**   The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**(ii)**   The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law;

**(iii)**   But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**(c)**   In the situation described in **(b)(ii)**. above, we will not pay the full amount of loss otherwise payable under the terms of item (2) Coverages, below. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of item (2) Coverages, below.

**(2)**   Coverages

**(a)**   Coverage For Loss to the Undamaged Portion of the Building

With respect to the building that has sustained covered direct physical damage, we will pay for the loss in value of the

28

undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building not damaged by a Covered Cause of Loss.

**(b)** Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(c)** Increased Cost of Construction

**(i)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**i.** Repair or reconstruct damaged portions of that building; and/or

**ii.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of a minimum requirement of the ordinance or law.

**(ii)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(iii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**(3)** We will not pay under this Additional Coverage for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(4)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $50,000 or 5% of the Limit of Insurance applicable to that building, whichever is less.

If a damaged building is covered under a Blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $25,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

Subject to this limit, the following loss payment provisions apply:

**(a)** For loss in value of an undamaged portion of a building to which (2)(a) above applies, the loss payment of that building, including the damaged and undamaged portions, will be determined as follows:

    **(i)** If the property is repaired or replaced on the same or another premises, we will pay the amount you would actually spend to repair, rebuild or reconstruct the building, but not more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

    **(ii)** If the property is not repaired or replaced, we will pay the actual cash value of the building at the time of loss.

**(b)** With respect to Demolition Cost to which **(2)(b)** above applies, we will pay the amount

you actually spend to demolish and clear the site of the described premises.

**(c)** With respect to Increased Cost of Construction, to which **(2)(c)** above applies:

    **(i)** We will not pay for the increased cost of construction:

        i. Until the property is actually repaired or replaced, at the same or another premises; and

        **ii.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(ii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

    **(iii)** If the ordinance or law requires relocation to another premise, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(5)** The terms of this Additional Coverage apply separately to each building. However, this Additional Coverage does not apply to buildings with specifically scheduled Ordinance or Law Coverage.

**(6)** Under this Additional Coverage we will not pay for loss due to any ordinance or law that:

    **(a)** You were required to comply with before the loss, even if the building was undamaged; and

    **(b)** You failed to comply.

The Coinsurance Additional Condition does not apply to this Additional Coverage.

With respect to this Additional Coverage, the provisions of the Coverage Form apply unless modified above. The

amount payable under these Additional Coverages is additional insurance.

**4.** The following are added under Section A., Coverage 4. Additional Coverages:

Arson, Vandalism and Burglary Reward

We may pay up to $10,000 for any one occurrence as a reward for information which leads to a conviction in connection with one of the following acts which resulted in a loss covered under this policy:

**(1)** Arson;

**(2)** Vandalism;

**(3)** Burglary, meaning the taking of property from inside the building at the described premises by a person unlawfully entering or leaving a building at the described premises as evidenced by marks of forcible entry or exit.

Regardless of the number of persons involved in providing information, the limit of our liability under this Additional Coverage shall not be increased. Payments under this Additional Coverage are in addition to the Limit of Insurance.

No deductible applies to this Additional Coverage.

Employee Theft

**(1)** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any "employee" acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(a)** Cause you to sustain loss or damage; and also

**(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment).

**(2)** We will not pay for loss or damage:

**(a)** Resulting from any dishonest or criminal act that you or any of your partners commit

whether acting alone or in collusion with other persons.

**(b)** If the only proof of which as to its existence or amount is:

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

**(3)** The most we will pay for loss or damage in any one occurrence under this Additional coverage is $25,000.

**(4)** All loss or damage:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts; is considered one occurrence.

**(5)** We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(6)** This Additional Coverage does not apply to any employee immediately upon discovery by:

**(a)** You; or

**(b)** Any of your partners, officers or directors not in collusion with the employee; of any dishonest act committed by that employee before or after being hired by you.

**(7)** We will pay only for covered loss or damage discovered no later than one year from the end of the policy period.

**(8)** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

**(a)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by the Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(9)** The insurance under Paragraph **(8)** above is part of, not in addition to, the Limits of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    **(a)**    This Additional Coverage as of its effective date; or

    **(b)**    The prior insurance had it remained in effect.

**(10)**    The property covered under this insurance is limited to property:

    **(a)**    That you own or hold; or

    **(b)**    For which you are legally liable.

**(11)**    We will not pay for expenses related to any legal action.

**(12)**    We will not pay for loss that is an indirect result of any act or occurrence covered by this insurance, including but not limited to, loss resulting from:

    **(a)**    Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

    **(b)**    Payment of damages of any type for which you are legally liable. But we will pay compensatory damages arising directly from a loss covered under this insurance.

    **(c)**    Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**(13)**    We will not pay for loss arising out of "employee benefit plan(s)".

Money Orders and Counterfeit Money

**(1)**    We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

    **(a)**    Money orders issued by any post office, express company or bank that are not paid upon presentation; or

    **(b)**    "Counterfeit money" that is acquired during the regular course of business.

**(2)**    If you have reason to believe that any loss involves a violation of law, you must notify the local law enforcement authorities.

**(3)**    Under this Additional Coverage

    **(a)**    "Counterfeit Money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

    **(b)**    "Occurrence" means:

        **(i)**    An individual act or event;

**(ii)** The combined total of all separate acts or events whether or not related; or

**(iii)** A series of acts or events whether or not related; committed by a person acting alone or in collusion with other persons during the Policy Period shown in the Declarations

The most we will pay for all loss resulting directly from an "occurrence" is $15,000. Payments under this Additional Coverage are in addition to the applicable Limits of Insurance.

**(4)** If any loss is covered under this and any other coverage under this policy, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those coverages.

Accounts Receivable

**(1)** You may extend the insurance that applies to your Business Personal Property to apply to the following loss and expenses which are the direct result of loss or damage caused by a Covered Cause of Loss to your accounts receivable records including those on electronic data processing media:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(d)** Other reasonable expenses that you incur to re- establish your records of accounts.

The most we will pay for loss or damage under this Additional Coverage is $25,000 in any one occurrence.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss or damage under this Extension caused by or resulting from any of the following:

**(a)** Bookkeeping, accounting or billing errors or omissions;

**(b)**    Delay, loss of use, loss of market or any other consequential loss;

**(c)**    Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding;

**(d)**    Unauthorized instructions to transfer property to any person or to any place;

**(e)**    Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from (except as a result of a direct loss caused by lightning):

    **(i)**    Programming errors or faulty machine instructions;

    **(ii)**    Faulty installation or maintenance of data processing equipment or component parts; or

    **(iii)**    Interruption of electrical power supply, power surge, blackout or brownout.

But we will pay for direct loss caused by lightning.

Coverage under this Extension does not apply to contraband or property in the course of illegal transportation or trade.

**(3)**    We will not pay for loss or damage that requires:

**(a)**    An audit of records;

**(b)**    An inventory computation; or

**(c)**    A profit or loss computation; to prove its factual existence.

Computer Fraud

**(1)**    We will pay for loss of or damage to "money", "securities" and other property resulting directly from the use of any "computer" to fraudulently cause a transfer of property from inside a building at the described premise or from any bank or similar safe repository:

**(a)**    To a person outside these premises; or

**(b)**    To a place outside those premises.

**(2)**    The most we will pay in any one occurrence is $5,000.

**(3)**    We will cover loss or damage commencing within the policy period and within the coverage territory. The coverage territory for this coverage is anywhere in the world.

Forgery or Alteration

**(1)**    We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)**    If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)**    The most we will pay for any loss, including legal expenses, under this Additional Coverage is $15,000 in any one occurrence.

**(4)**    We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**(5)**    We will not pay for loss resulting from any dishonest or criminal act committed by any of your employees, directors, or trustees:

    **(a)**    Whether acting alone or in collusion with other persons; or Whether while performing services for you or otherwise.

**(6)**    You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth amount and cause of loss.

**(7)**    Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(8)**    The property covered under this insurance is limited to property:

    **(a)**    That you own or hold:  or

    **(b)**    For which you are legally liable.

Back Up of Sewers and Drains

37

We will pay for loss or damage to Your Covered Property solely caused by or resulting from water which :

**(1)**    Backs up through sewers, drains or sump; or

**(2)**    Enters into and overflows from within a:

    **(a)**    sump pump;

    **(b)**    sump pump well; or

    **(c)**    other type system;

Designed to remove subsurface water from the foundation area.

**(3)**    With respect to the coverage provided under this additional coverage, the Water Exclusion(s) in this policy are replaced with the following exclusion:

    **(a)**    Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **(b)**    Mudslide or mudflow:

    **(c)**    Water under the ground surface pressing on, or flowing or seeping through:

        **(i)**    Foundations, walls, floors or paved surfaces;

        **(ii)**    Basements, whether paved or not; or

        **(iii)**    Doors, windows or other openings; or

    **(d)**    Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(a)** or **(c)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(a)** through **(d)** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(a)** through **(d)** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

The most we will pay under this Additional Coverage is $10,000 in any one occurrence for each location.

Utility Services - Direct Damage

We will pay for loss or damage to your Covered Property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays, except satellites.

This does not include overhead transmission lines.

**(3)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generation plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

This does not include overhead transmission lines.

The Coinsurance Additional Condition does not apply to this endorsement.

The most we will pay for loss or damage under this Additional Coverage is $25,000 in any one occurrence.

Exception: Coverage under this Additional Coverage does not apply to loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

Utility Services - Time Element

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable

Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the property described below:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

    **(c)** Pumping stations; and

    **(d)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    **(a)** Communication transmission lines, including optic fiber transmission lines;

    **(b)** Coaxial cables; and

    **(c)** Microwave radio relays except satellites. This does not include overhead transmission lines.

**(3)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers; and

    **(e)** Transmission lines. This does not include overhead transmission lines.

The Coinsurance Additional Condition does not apply to this endorsement.

The most we will pay for loss or damage under this Additional Coverage is $25,000 in any one occurrence.

Exception: Coverage under this Additional coverage does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

Tenant's Glass

If the Named Insured, as tenant, has a contractual responsibility to the building owner for loss or damage to glass that is part of the leased building(s) or structure and there is no building coverage on the Declarations for the leased property, we will pay for direct physical loss or damage to the tenant's glass.

(1)   We will pay for expenses incurred to put temporary plates or board up openings if repair or replacement of damaged glass is delayed.

(2)   We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

(3)   We will pay the cost of replacement with safety glazing material if required by law.

Lock and Key Replacement

(1)   We will pay for the cost to repair or replace locks at the described premises due to the theft or loss of keys.

(2)   The Most we will pay is $2,500 for all loss or damage in any one occurrence.

Dependent Properties

We will pay for the actual loss of Business Income you sustain during the "period of restoration" when your "operations" are interrupted by direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.

However, coverage under this Additional Coverage does not apply when the only loss to "dependent property" is loss or damage to electronic data, including destruction or corruption of electronic data. If the "dependent property" sustains loss or damage to electronic data and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

We will pay for necessary Extra Expense under this Additional Coverage if Form GP 00 30 Business Income (and Extra Expense) Coverage Form is attached to this policy.

With respect only to the insurance provided under this Additional Coverage, **C.** Loss Conditions, **3.** Loss

Determination, **c.** Resumption of Operations in Form GP 00 30 is replaced as follows:

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using any other available source of materials or outlet for your products or services.

**(2)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

This Additional Coverage is additional insurance. The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

The most we will pay under this Additional Coverage is the $10,000.

**5.** Under Section A. Coverage, 5. Coverage Extensions the following items **c., d.** and **e.** are deleted and replaced with the following:

**c.** Valuable Papers and Records (Other Than Electronic Data)

**(1)** The insurance that applies to your Business Personal Property is extended to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this extension does not apply to valuable papers and records which exist as electronic data.

**(2)** If the Causes of Loss - Special Form applies coverage under this Extension is limited to the "specified causes of loss" as defined in Definitions Section G.2. of that form, and Collapse as set forth in that form.

**(3)** Under this Extension, the most we will pay to replace or restore the lost information is $25,000 at each described premises and $10,000 off premises. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and {when there is a duplicate) for the cost of labor to transcribe or copy the records. The cost of blank material and labor are subject to the applicable Limit of Insurance on your Business Personal Property and therefore coverage of such costs is not additional insurance.

    **d.**    Property Off-premises

        **(1)**    You may extend the insurance coverage provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

            **(a)**    Temporarily at a location you do not own, lease, or operate;

            **(b)**    In storage at a location you lease, provided the lease was executed after the beginning of the current policy term;

            **(c)**    At any fair, trade show or exhibition; or

            **(d)**    While in transit.

        **(2)**    This Extension does not apply to property in the care, custody, or control of your salespersons unless the property is in such care, custody or control at a fair, trade show or exhibition.

        The most we will pay under this Extension for any one occurrence is $10,000.

    **e.**    Outdoor Property

        You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants),including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes Of Loss:

        **(1)**    Fire;

        **(2)**    Lightning;

        **(3)**    Explosion;

        **(4)**    Riot or Civil Commotion; or

        **(5)**    Aircraft.

        The most we will pay for loss or damage under this Extension is $5,000, but not more than $1,000 for any one tree, shrub or plant.

        These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**6.**    Under Section **A.** Coverage, **5.** Coverage Extensions the following is added:

    Spoilage Coverage

You may extend the insurance that applies to Your Business Personal Property for Covered Causes of Loss shown in the Declarations, but only with respect to coverage provided by this endorsement.

With respect to this Spoilage Coverage Extension:

**(1)** Covered Property is amended to include "Perishable stock" at the premises described in the Declarations owned by you or by others that is in your care, custody or control.

**(2)** Covered Property does not include property located:

    **(a)** On buildings;

    **(b)** In the open; or

    **(c)** In vehicles.

**(3)** We will not pay for loss or damage caused directly or indirectly by any of the following under this extension. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

    **(a)** The disconnection of any refrigerating, cooling, or humidity control system from its source of power.

    **(b)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

    **(c)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

        **(i)** Lack of fuel; or

        **(ii)** Governmental order.

    **(d)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

    **(e)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**(4)** When Special is shown in the Declarations, Covered Causes of Loss under this Extension includes:

    **(a)** Breakdown or Contamination by:

        **(i)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, but only while such equipment or apparatus is at the premises described in the Declarations; and

        **(ii)** Contamination by the refrigerant.

    **(b)** Power Outage, meaning a change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the

premises described in the Declarations, due to conditions beyond your control.

The most we will pay under this Extension is $15,000 per described premises, subject to a $1,000 deductible.

**7.** Under Section C. Limits of Insurance the provision that states "The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence." is amended to say "The limit for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $15,000 unless a higher amount is shown on the Declarations page.

**8.** The following is added to Section D. Deductible:

Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under any of the following Additional Coverages or Coverage Extensions in any one occurrence is $500:

- Accounts Receivable in Transit;
- Employee Theft;
- Fire Protective Equipment Discharge;
- Outdoor Property;
- Property Off-premises; and
- Utility Services - Direct Damage.

Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under Tenant's Glass in any one occurrence is $250 and $100 dollars for lock and key replacement.

No Deductible applies to the following Additional Coverages:

- Fire Department Service Charge;
- Arson, Vandalism and Burglary Reward.

**9.** With respect to this Endorsement the following provision is added to **E. Loss Conditions 4.** Loss Payment:

**i.** Additional Conditions - Determination of Receivables
 **(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:
  **(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

        **(b)**    Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

  **(2)**    The following will be deducted from the total amount of accounts receivable, however that amount is established:

        **(a)**    The amount of the accounts for which there is no loss;

        **(b)**    The amount of the accounts that you are able to re-establish or collect;

        **(c)**    An amount to allow for probable bad debts that you are normally unable to collect; and

        **(d)**    All unearned interest and service charges. Additional Conditions - Recovered Property.

**10.**    With respect to this Endorsement the following provision is added to **E.** Loss Conditions **5.** Recovered Property:

You will pay us the amount of all recoveries you receive for a loss paid by us. But any recoveries in excess of the amount paid belong to you.

Loss in this Extension means accidental loss or damage. The most we will pay under this Extension in any one occurrence at all described premises is $10,000. The most we will pay for property under this extension while in transit or temporarily at your home or at premises you do not own, lease or operate is $5,000.

**11.**    The following definitions are added to Section H. Definitions:

"Employee" means:

  **a.**    Any natural person:

        **(1)**    While in your service and for the first 30 days immediately after termination of service, unless such termination is due to theft or any other dishonest act committed by the "employee";

        **(2)**    Who you compensate directly by salary, wages or commissions and

        **(3)**    Who you have the right to direct and control while performing services for you;

  **b.**    Any natural person who is furnished temporarily to you:

        **(1)**    To substitute for a permanent "employee" as defined in Paragraph **(1)**, who is on leave; or

        **(2)**    To meet seasonal or short-term work load conditions; while that person is subject to your direction and control and performing services for you, excluding, however, any such person while

having care and custody of property outside the premises;

**c.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)**;

**d.** Any natural person who is:

    **(1)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any employee benefit plan; and

    **(2)** A director or trustee of yours while that person is engaged in handling funds or other property of any employee benefit plan;

**e.** Any natural person who is a former:

    **(1)** "employee";

    **(2)** partner;

    **(3)** member;

    **(4)** manager;

    **(5)** director; or

    **(6)** trustee

retained as a consultant while performing services for you;

**f.** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises;

**g.** Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

**h.** Any of your managers, directors or trustees while:

    **(1)** Performing acts within the scope of the usual duties of an "employee"; or

    **(2)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

"Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified above.

"Money" means:

    **a.**    Currency, coins and bank notes whether or not in current use; and

    **b.**    Travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    **a.**    Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

    **b.**    Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

"Employee Benefit Plan(s)" means any welfare or pension benefit plan that is subject to the Employee Retirement Income Security Act of 1974 (ERISA).

"Dependent property" means property operated by others whom you depend on to:

    **a.**    Deliver materials or services to you, or to others for your account (Contributing Locations). But any property which delivers any of the following services is not a Contributing Location with respect to such services:
        **(1)**    Water supply services;
        **(2)**    Power supply services; or
        **(3)**    Communication supply services, including services relating to Internet access or access to any electronic network;

    **b.**    Accept your products or services (Recipient Locations);
    **c.**    Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or
    **d.**    Attract customers to your business (Leaderlocations).

"Period of restoration", with respect to "dependent property", means the period of time that:

    **a.**    Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

    **b.**    Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    **a.**    Regulates the construction, use or repair, or requires the tearing down, of any property; or

    **b.**    Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess to effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

"Operations" means your business activities occurring at the described premises.

**B.**    Under CAUSES OF LOSS - SPECIAL FORM CP 10 30:

    **1.**    Under Section C. Limitations, item **3. c.** is deleted.

    **2.**    Under Section F. Additional Coverage Extensions, 1. Property in Transit does not apply. Property in Transit coverage has been added to the Coverage Extensions under this endorsement.

SIC SPC LA 01 19 (Pages 1-10 of 10)

### TWENTY-FOURTH DEFENSE

Plaintiff's claims for Building and Personal Property must be calculated according to the Policy's Loss Payment and Valuation Provisions.

    **4.**    **Loss Payment**

    **a.**    In the event of loss or damage covered by this Coverage Form, at our option, we will either:

        **(1)**    Pay the value of lost or damaged property;

    **(2)**     Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

    **(3)**     Take all or any part of the property at an agreed or appraised value; or

    **(4)**     Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Conditions.

**b.**    The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.**    We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.**    We will not pay you more than your financial interest in the Covered Property.

**e.**    We may adjust losses with the owners of lost or damaged property if other than you.  If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest int eh Covered Property.

**f.**    We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

**g.**    We will pay for the undisputed portion of the loss or damage within 30 days after we receive the satisfactory sworn proof of loss.

However, we have no duty to provide coverage under this policy if the failure to comply with the terms of this policy is prejudicial to us.

**h.**    A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties.  In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building.  However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we

will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition.  Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

.    .    .

**7.     Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.**     At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.**     If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building;

**(1)**     Awnings or floor coverings;
**(2)**     Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or
**(3)**     Outdoor equipment or furniture.

**c.**     "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.**     Glass at the cost of replacement with safety-glazing material if required by law.

**e.**     Tenants' Improvements and Betterments at:
**(1)**     Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)**    A proportion of your original cost if you do not make repairs promptly.  We will determine the proportionate value as follows:

       **(a)**    Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

       **(b)**    Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

       If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)**    Nothing if others pay for repairs or replacement.

**F.**    **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.**    **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.**    We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)**    Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)**    Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)**    Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)**    Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less.  For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

.   .   .

**G.**     **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

.     .     .

**3.**     **Replacement Cost**

    **a.**     Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.**     This Optional Coverage does not apply to:
        **(1)**     Personal property of others;
        **(2)**     Contents of a residence;
        **(3)**     Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or
        **(4)**     "Stock", unless the Including "Stock" option is shown in the Declarations.

        Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    **c.**     You may make a claim for loss or damage covered by this insurance on an actual cash value basis.  In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    **d.**     We will not pay on a replacement cost basis for any loss or damage:
        **(1)**     Until the lost or damaged property is actually repaired or replaced; and
        **(2)**     Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.
        With respect to tenants' improvements and betterments, the following also apply:
        **(3)**     If the conditions in **d.(1)** and **d.2.** above are not met, the value  of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)**   We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.**   We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

**(1)**   The Limit of Insurance applicable to the lost or damaged property;

**(2)**   The cost to replace the lost or damaged property with other property of like kind and quality.

**(3)**   The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuild at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.**   The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

.   .   .

If the loss or damage arises due to a catastrophic event for which a state of disaster or emergency is declared pursuant to law by civil officials, and the covered property is located in an area within the declaration, we will pay on a replacement cost basis only if the repairs or replacement are completed within one year from the date of loss or damage or the issuance of applicable insurance proceeds, whichever is later, or as soon as reasonably possible thereafter.

CP 00 10 06 07 (Pages 10-12 and 14-15 of 15) as amended by CP 01 16 10 12 (Pages 1 and 3 of 5)

<u>**TWENTY-FIFTH DEFENSE**</u>

Plaintiff's claims are denied to the extent that Plaintiff did not allow SafePoint to examine Plaintiff's books and records and did not allow SafePoint to make inspections and surveys.

**C.   Examination Of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D.** **Inspections And Surveys**

    **1.**     We have the right to:

        **a.**     Make inspections and surveys at any time;

        **b.**     Give you reports on the conditions we find; and

        **c.**     Recommend changes.

IL 00 17 11 98 (Page 1 of 1)

<u>**TWENTY-SIXTH DEFENSE**</u>

    To the extent it is later determined that any insureds' intentional act caused or contributed to the loss, then there is no coverage for Plaintiff's claims.

**F.**     The following exclusion and related provisions are added to this Coverage Part:

    **1.**     We will not pay for loss or damage arising out of any act committed:

        **a.**     By or at the direction of any insured; and

        **b.**     With the intent to cause a loss.

    **2.**     With respect to loss or damage to Covered Property caused by fire, this exclusion does not apply to an insured(s) who did not set the fire or otherwise participate in the cause of the loss, provided the loss is otherwise covered under this Coverage Part.

    **3.**     If we pay a claim pursuant to Paragraph **F.2.**, our payment to any insured is limited to that insured's proportionate share of the policy proceeds, but not more than that insured's legal interest in the Covered Property that sustained the fire loss. Proportionate share will be determined based on the interests of all parties eligible to receive payment, including a mortgageholder or other party with a secured legal interest. The policy process will not include any amount attributable to the interest of the insured(s) who set the fire or otherwise participated int eh cause of the loss. In no event will we pay more in total than the Limit of Insurance on the Covered Property that sustained the fire loss.

    **4.**     We may apply reasonable standards of proof to claims for such loss.

CP 01 16 10 12 (Page 2 of 5)

## TWENTY-SEVENTH DEFENSE

Plaintiff's claims are limited by the "Fungi", Wet Or Dry Rot, Or Bacteria provisions contained in Form CP 01 16 10 12:

**B.    EXCLUSIONS**

.    .    .

**h.    "Fungus", Wet Rot, Dry Rot, And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

**1.**    When "fungus", wet or dry rot or bacteria result from fire or lightning;

**2.**    To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning; or

**3.**    With respect to "fungus", wet or dry rot or bacteria that are located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a Covered Cause of Loss.

However, the exclusion shall continue to apply to the cost to test for, treat, contain, remove or dispose of "fungus", wet or dry rot or bacteria beyond that which is required to repair or replace the covered property physically damaged by a Covered Cause of Loss, except to the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria.

CP 01 16 10 12 (Page 3 and 4 of 5)

.    .    .

**P.    Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria** is replaced by the following:

1.   The coverage described in **P.2.** and **P.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

   a.   A Covered Cause of Loss other than fire or lightning; or

   b.   Flood, if the Flood Coverage Endorsement applies to the affected premises.

   This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2.   We will pay for loss or damage by "fungus", wet or dry rot or bacteria.  As used in this Limited Coverage, the term loss or damage means:

   a.   Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b.   The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c.   The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3.   The coverage described under **P.2.** of this Limited Coverage is limited to $15,000.  Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4.   The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property.  If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we

will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss will be subject to the terms of this Limited Coverage.

5.    The terms of this Limited Coverage do not increase or reduce the coverage provided under:

    a.    Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) in the Causes Of Loss – Special Form; or

    b.    The Additional Coverage, Collapse in the Causes of Loss – Broad Form, Causes of Loss – Special Form or Mortgageholders Errors And Omissions Coverage Form.

6.    The following **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form:

    a.    If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days.  The days need not be consecutive.

    b.    If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days.  The days need not be consecutive.

CP 01 16 10 12 (Pages 3 and 4 of 5)

.   .   .

Under the **Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria,** and under the **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria,** any reference to bacteria means any type, kind or form of bacterium.  This meaning also applies under any endorsement that modifies the aforementioned Exclusion or Limited Coverage; and to use of the word bacteria in the exclusionary provisions under the Additional Coverage – Increased Cost of Construction.

CP 01 16 10 12 (Page 3 of 5)

## <u>TWENTY-EIGHTH DEFENSE</u>

Plaintiff's claims are limited by the EXCLUSION OF LOSS DUE TO VIRUS OR

BACTERIA endorsement, form CP 01 40 07 06.

**A.**   The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limit to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expenses or action of civil authority.

**B.**   We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", we rot or dry rot.  Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.**   With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.**   The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.**   Exclusion of "Fungus", We Rot, Dry Rot And Bacteria; and

**2.**   Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.**   The terms of the exclusion in Paragraph **B.** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

CP 01 40 07 06 (Page 1 of 1)

## TWENTY-NINETH DEFENSE

SafePoint will only pay Plaintiff to the extent of its financial interest in the property. SafePoint does not owe Plaintiff for the financial interest in the covered property held by the loss payee.

## THIRTIETH DEFENSE

Plaintiff's claims are subject to the Named Storm Percentage Deductible endorsement as follows:

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### Named Storm Percentage Deductible

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDAR PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Named Storm Deductible Percentage – Enter 1%, 2% Or 5% |
|---|---|---|
| | | % |
| | | % |
| | | % |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

A named Storm is a storm system that has been identified as a tropical storm or hurricane and assigned a name by the National Hurricane Center or the Central Pacific Hurricane Center of the National Weather Service (hereafter referred to as NHC and CPHC).  Under the terms of this endorsement, a Named Storm begins at the time a Watch or Warning is issued by the NHC or CPHC for the area in which the affected premises are located and ends 72 hours after the termination of the last Watch or Warning issued for that area by the NHC or CPHC.

The Named Storm Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by each Named Storm.  If there is covered loss or damage from a windstorm that is not a Named Storm, the applicable deductible is the same deductible that applies to Fire, unless a different deductible is stated elsewhere in this policy for such loss or damage.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy.  If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings:  Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance.  Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance.   Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

## NAMED STORM DEDUCTIBLE CALCULATIONS

### A.    Calculation Of The Deductible – All Policies

   **1.**    A Deductible is calculated separately for, and applies separately to:

   **a.**    Each building that sustains loss or damage;

   **b.**    The personal property at each building at which there is a loss or damage to personal property; and

   **c.**    Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

   **2.**    We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following:  Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit report.

**3.** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B.     Calculation Of The Deductible – Specific Insurance**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**C.     Calculation Of The Deductible – Blanket Insurance**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The values to be sued are those shown in the Declarations under Blanket Insurance.

**Examples – Application Of Deductible**

**Example 1 – Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at the time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1)**: $70,000 ÷ $80,000 = .875

Step **(2)**: $60,000 X .875 = $52,500

Step **(3)**: $70,000 x 1% = $700

Step **(4)**: $52,500 - $700 = $51,800

The most we will pay is $51,800.  The remainder of the loss $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

**Example 2 – Specific Insurance (B.1.)**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in the building).

The value of the damaged building at time of loss is $100,000.  The value of the personal property in that building is $80,000.  The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step **(1)**:  $80,000 X 2% = $1,600

Step **(2)**:  $60,000 - $1,600 = $58,400

**Personal Property**

Step **(1)**:  $64,000 x 2% = $1,280

Step **(2)**:  $40,000 - $1,280 = $38,720

The most we will pay is $97,120.  The portion of the total loss not covered due to application of the Deductible is $2,800.

**Example 3 – Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

**Building 1**

Step **(1)**:  $500,000 X 2% = $10,000

Step **(2)**:  $40,000 - $10,000 = $30,000

**Building 2**

Step **(1)**:  $500,000 x 2% = $1,280 = $38,720

Step **(2)**:  $20,000 - $10,000 = $10,000

The most we will pay is $40,000.  The portion of the total loss not covered due to application of the Deductible is $20,000.

All other terms and conditions remain unchanged.

SIC LA NS 03 20 (Pages 1-3 of 3)

## <u>THIRTY-FIRST DEFENSE</u>

Based on the policy terms, conditions, provisions and exclusions, but not limited to those specifically set forth above, SafePoint submits that the Policy of Insurance issued to Plaintiff does not provide coverage for the claims asserted in this lawsuit.

## <u>THIRTY-SECOND DEFENSE</u>

Separately and independently, SafePoint is entitled to a declaration that Plaintiff's alleged damages were not caused by a peril insured against under the SafePoint policy.

## <u>THIRTY-THIRD DEFENSE</u>

Separately and independently, SafePoint is entitled to a declaration that coverage for Plaintiff's claims is precluded by one or more exclusions in the SafePoint policy.

## THIRTY-FOURTH DEFENSE

Although SafePoint denies that it in any manner breached its contractual or statutory duties to Plaintiff, should Plaintiff establish a breach of contract and/or violation of statutory duties, Plaintiff has not suffered any real damages as a result of said breach and/or violation of statutory duties and/or any other action or inaction by SafePoint.

## THIRTY-FIFTH DEFENSE

In the alternative, Plaintiff has not been damaged as a result of any alleged actions or inactions on the part of SafePoint.  If Plaintiff suffered any damages as alleged, such damage was caused in whole or in part by the action or inaction of Plaintiff and/or third parties for whom SafePoint is not responsible and/or forces beyond SafePoint control, thereby reducing any recovery herein proportionate to the comparative fault of Plaintiff and/or those third parties.

## THIRTY-SIXTH DEFENSE

In further alternative, Plaintiff's claims are barred or reduced to the extent that Plaintiff has failed to mitigate its alleged damages.

## RESERVATION OF AFFIRMATIVE DEFENSES

SafePoint is without knowledge or information sufficient to form a belief as to whether other affirmative defenses apply in this matter.  However, contingent on the facts revealed by investigation and discovery, SafePoint expressly reserves its right to raise any additional affirmative defenses, which may be applicable.

**AND NOW**, without waiving any of the foregoing defenses, SafePoint answers the allegations of the Complaint categorically and by paragraph as follows:

1.

 The allegations of Paragraph 1 of the Complaint are denied except to admit the name of SafePoint Insurance Company.

2.

The allegations of Paragraph 2 of the Complaint contain legal conclusions for which no answer is required.

3.

The allegations of Paragraph 3 of the Complaint contain legal conclusions for which no answer is required. To the extent an answer is required, Defendant admits that it is a corporation organized under the laws of the State of Florida with its principal place of business in the State of Florida.

4.

The allegations of Paragraph 4 of the Complaint contain legal conclusions for which no answer is required. To the extent an answer is required, Defendant admits that SafePoint issued a policy of insurance to Light House Ranch for Boys, Inc., effective from June 5, 2021 to June 5, 2022, bearing policy no. SLCP0001109-02 (the "Policy"), providing certain coverages to buildings located at 51453 Hwy. 443, Loranger, Louisiana 70446 and identified as Admin. Bldg. (Location 1), Dorm- Building 1 (Location 2), Dorm – Building 2 (Location 3), Admin. Home (Location 4), Chapel (Location 5), Guest Cottage (Location 6), Storage Bldg. (Location 7), Barn (Location 8); and, Tool Storage (Location 9). As a written document, the Policy is the best evidence of its terms, conditions, provisions and exclusions and SafePoint pleads such terms, conditions, provisions and exclusions as if copied herein *in extenso*.

5

The allegations of Paragraph 5 of the Complaint are denied except to admit that SafePoint issued a policy of insurance to Light House Ranch for Boys, Inc., effective from June 5, 2021 to June 5, 2022, bearing policy no. SLCP0001109-02 (the "Policy"). As a written document, the

Policy is the best evidence of its terms, conditions, provisions and exclusions and SafePoint pleads such terms, conditions, provisions and exclusions as if copied herein *in extenso*.

6.

The allegations of Paragraph 6 of the Complaint are denied.

7.

The allegations of Paragraph 7 of the Complaint are denied.

8.

The allegations of Paragraph 8 of the Complaint are denied.

9.

The allegations of Paragraph 9 of the Complaint are denied.

10.

The allegations of Paragraph 10 of the Complaint are denied.

11.

The allegations of Paragraph 11 of the Complaint contain legal conclusions for which no answer is required.

12.

The allegations of Paragraph 12 of the Complaint contain legal conclusions for which no answer is required.

13.

The allegations of Paragraph 13 of the Complaint contain legal conclusions for which no answer is required.

14.

The allegations of Paragraph 14 of the Complaint are denied.

15.

The allegations of Paragraph 15 of the Complaint are denied.

16.

The allegations of Paragraph 16 of the Complaint are denied.

17.

The allegations contained in any un-numbered or mis-numbered Paragraphs and in the Prayer for Relief of the Complaint not heretofore addressed are denied.

## REQUEST FOR JURY TRIAL

Pursuant to the Seventh Amendment of the United States Constitution and Federal Rules of Civil Procedure, SafePoint requests a jury for all issues triable at the trial of this matter.

## PRAYER FOR RELIEF

**WHEREFORE**, the premises considered, Defendant, SafePoint Insurance Company, prays that this Answer to the Complaint be deemed good and sufficient and after due proceedings are had, that there be judgment herein in favor of SafePoint Insurance Company and against Plaintiff, dismissing its Complaint, with prejudice, at Plaintiff's costs and for all other general and equitable relief as it appropriate under the circumstances.

**FURTHER**, SafePoint Insurance Company prays for a trial by jury on all matters involving this litigation.

Respectfully submitted,

*/s/ Rachel L. Flarity*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**KEVIN P. RICHE (31939)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**NATHAN R. HAND (38011)**
**KYLE C. MATTHIAS (38338)**
**PEYTON L. STEIN (39400)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:     (985) 778-0678
Facsimile:     (985) 778-0682
*Email:  Rachel@MonsonFirm.com*
***Counsel   for   Defendant,   SafePoint***
***Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participating parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participating parties.

*/s/ Rachel L. Flarity*